# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

130922

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

VICTORIA YVETTE JONES,
　　　　Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130922
COA: 261414
Wayne CC: 03-013143-01

On order of the Court, the application for leave to appeal the March 9, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

Clerk

p0821